BEFORE THE THIRD DIVISION, JANUARY 12, 1960

**No. 63701.**—R. U. Delapenha & Co., Inc. v. United States, protest 192331–K (Philadelphia).

313

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the merchandise and issues are similar in all material respects to those the subject of Abstract 61245, the claim of the plaintiff was sustained.